1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5  Attorney for Defendant, ROBERT LINDHURST

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES GOVERNMENT,   )   CASE #6:06-mj-00211-WMW
                                )
11        Plaintiff,            )
                                )   STIPULATION TO CONTINUE
12                              )   STATUS CONFERENCE UNTIL
                                )   JANUARY 23, 2007
13  vs                          )
                                )
14  ROBERT LINDHURST,           )
                                )
15        Defendant.            )
                                )
16

17     IT IS HEREBY STIPULATED by and between the Defendant, ROBERT LINDHURST,

18  his Attorney of record, CAROL ANN MOSES, and the Legal Officer for the United States

19  Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned

20  matter currently scheduled for December 19, 2006, at 10:00 a.m. be continued until January 23,

21  2007,  at 10:00 a.m.

22  Dated: December 12, 2006

23                                          By:  /S/ Carol Ann Moses
                                                 CAROL ANN MOSES
24                                               Attorney for Defendant
                                                 ROBERT LINDHURST
25  Dated: December 11, 2006
                                            By:  /S/ Elizabeth Waldow
26                                               ELIZABETH WALDOW
                                                 Legal Officer for
27                                               United States Government
                                                 As agreed on December 11, 2006
28

---

1

STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of Status Conference until January 23, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference for Defendant, ROBERT LINDHURST, shall be continued to January 23, 2007 at 10:00 a.m.

Dated: _____, 2006

By: _____
WILLIAM M WUNDERLICH
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED.

**Dated:   January 3, 2007         /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE